itor, against Fitzhugh Smith, judgment debtor. From an order adjudging the judgment debtor in contempt for evasive answers, he appeals. Reversed. Jere Liebermann, of New York City, for appellant. Richard S. Harvey, of New York City, for respondent.

SEABURY, J. The judgment debtor, a man 77 years old, in failing health and of poor memory, appeals from an order of the City Court adjudging him guilty of contempt for alleged "evasive answers" to questions put to him upon his examination in proceedings supplementary to execution. The order adjudging the judgment debtor in contempt recites: "That on said examination the said judgment debtor willfully refused to make proper answers to material questions propounded to him on said examination and willfully refused to disclose facts within his knowledge as to his financial condition and as to his transfers of stock to one Lizzie Borgers and one Dora Scott and willfully refused to state the consideration upon which said transfers were made." The alleged "evasiveness" consisted in the statement of the judgment debtor that he did not remember certain details of a stock transaction in which he was engaged several years before. While it may be, as was held in Matter of Becker v. Gerlich, 72 Misc. Rep. 157, 129 N. Y. Supp. 614, that the general power of the court which is reserved in subdivision 8 of section 753 of the Judiciary Law (Consol. Laws 1909, c. 30), allows the punishment as for a civil contempt of one who denies knowledge or recollection of matters concerning which it is incredible that he has forgotten, we are satisfied, from a review of the record before us, that this is not such a case. We think that the discretion of the learned court below was not exercised properly in this case, and that the order should be reversed. Order reversed, with $10 costs and disbursements, to be applied on account of the judgment. All concur.

---

SQUIRES, Appellant, v. VON DER LIETH, Respondent. (Supreme Court, Appellate Division. Second Department. September 10, 1912.) Action by George D. Squires against Anna Von Der Lieth. No opinion. Judgment affirmed by striking out the words "upon the merits," and, as modified, unanimously affirmed, without costs.

---

SQUIRES, Appellant, v. VON DER LIETH, Respondent. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Action by George D. Squires against Anna Von Der Lieth. No opinion. Motion denied, without costs. See, also, 137 N. Y. Supp. 1145.

---

STATE BANK v. COHEN et al. (Supreme Court, Special Term, New York County. April 9, 1912.) Action by the State Bank against Jacob Cohen and another. Motion to compel receiver to pay over moneys granted. See, also, 124 N. Y. Supp. 433; 137 N. Y. Supp. 1145. Walter T. Kohn, of New York City, for

the motion. Hays, Herschfield & Wolf, of New York City, opposed.

GIEGERICH, J. Under the decision of the Appellate Division of the Second Department in Abrahams v. Berkowitz, 146 App. Div. 563, 131 N. Y. Supp. 257, the application of the plaintiff that the receiver pay over to it the funds in his possession on account of the mortgage which was foreclosed in this action must be granted. Settle order on notice.

---

STATE BANK v. COHEN et al. (Supreme Court, Special Term, New York County. April 9, 1912.) Action by the State Bank against Jacob Cohen and another. Motion to compel receiver to pay over moneys denied. See, also, 124 N. Y. Supp. 433; 137 N. Y. Supp. 1145. Hays, Herschfield & Wolf, of New York City, for the motion. Walter T. Kohn, of New York City, opposed.

GIEGERICH, J. The application of the American Woolen Company of New York must be denied, upon the authority of Abrahams v. Berkowitz, 146 App. Div. 563, 131 N. Y. Supp. 257. Settle order on notice.

---

STATE BANK, Respondent, v. COHEN et al., Appellants. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by the State Bank against Jacob Cohen and others. D. P. Hays, for appellants. W. T. Kohn, for respondent. No opinion. Order (137 N. Y. Supp. 1145) affirmed, with $10 costs and disbursements. Order filed.

---

STEINMAN et al. v. CONLON. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Proceeding by Benjamin Steinman and others against Eva K. Conlon. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 136 N. Y. Supp. 1148.

---

STEM, Respondent, v. OWENS, Appellant. (Supreme Court, Appellate Division, Second Department. November 1, 1912.) Action by John D. Stem against Benjamin V. W. Owens. No opinion. Judgment and order affirmed, with costs. See, also, 149 App. Div. 954, 133 N. Y. Supp. 1145.

---

STEPHEN MERRITT BURIAL & CREMATION CO. v. STEPHEN MERRITT CO. et al. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by the Stephen Merritt Burial & Cremation Company against Stephen Merritt Company and others. No opinion. Motion granted, and stay continued, on defendants filing a bond as stated in memorandum per curiam. Settle order on notice. See, also, 148 App. Div. 911, 133 N. Y. Supp. 1145.

---

STRAUSS v. KINGS COUNTY LIGHTING CO. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Max Strauss against the Kings County Lighting Company. No opinion. Application denied, with $10 costs. Order signed.